Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Proposed Lead Plaintiffs*
*Robert Barnetzke and Pamela Barnetzke*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, and JASON V. O'BYRNE,<br><br>Defendants. | Case No. 3:24-cv-09413-VC<br><br>**ROBERT BARNETZKE AND PAMELA BARNETZKE'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**<br>__CLASS ACTION__<br><br>Judge:  Hon. Vince Chhabria<br>Date:    April 3, 2025<br>Time:   10:00 a.m.<br>Courtroom:   4 – 17th Floor |

Robert Barnetzke and Pamela Barnetzke (the "Barnetzkes") respectfully submit this reply memorandum of law in further support of their motion for an Order: (1) appointing the Barnetzkes as Lead Plaintiffs in the above-captioned action; (2) approving the Barnetzkes' selection of Faruqi & Faruqi, LLP (the "Faruqi Firm") as Lead Counsel for the Class; and (3) granting such other relief as the Court may deem just and proper.

On February 24, 2024, shareholders of Caribou Biosciences, Inc. ("Caribou" or the "Company") filed motions with this Court for appointment as lead plaintiff (and for appointment of their counsel as lead counsel) under the PSLRA. *See* ECF No. 12 at 1 (Robert Jackson ("Jackson")); ECF No. 15 at 1 (Michael Forest Hoeferlin, Jr. ("Hoeferlin")); and ECF No. 18 at 1 (the Barnetzkes)).

The Barnetzkes demonstrated in their opening Motion (ECF Nos. 18 through 18-7) and their Memorandum of Points and Authorities in Response to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No. 28) that they meet all the requirements to be appointed Lead Plaintiffs under the PSLRA, including that they have the largest financial interest in the litigation and otherwise meet the requirements of Rule 23. *See* ECF Nos. 18 through 18-7, 28.

On March 6, 2025, Jackson filed a Notice of Withdrawal of Motion and Motion of Robert Jackson for: (1) Appointment as Lead Plaintiff; and (2) Approve Selection of Counsel. *See* ECF No. 25.

On March 10, 2025, Defendants Caribou, Rachel E. Haurwitz and Jason V. O'Byrne filed a Statement of Non-Opposition to Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel.  ECF No. 26

On March 10, 2025, Hoeferlin filed a Statement of Non-Opposition of Michael Forest Hoeferlin, Jr. to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel.  *See* ECF No. 27.

1

**ROBERT BARNETZKE AND PAMELA BARNETZKE'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL; Case No. 3:24-cv-09413-VC**

Consequently, the Barnetzkes' Motion is unopposed. The Barnetzkes respectfully ask the Court to grant their motion to appoint them as Lead Plaintiffs and their counsel as Lead Counsel.

**CONCLUSION**

Accordingly, the Barnetzkes respectfully request that the Court appoint them as Lead Plaintiffs and approve their selection of the Faruqi Firm as Lead Counsel.

Dated:  March 17, 2025

Respectfully submitted,

By: /s/ *James M. Wilson, Jr.*
        James M. Wilson, Jr.

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs*
*Robert Barnetzke and Pamela Barnetzke and*
*[Proposed] Lead Counsel for the putative Class*

2

ROBERT BARNETZKE AND PAMELA BARNETZKE'S REPLY MEMORANDUM OF POINTS AND
AUTHORITIES IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD
PLAINTIFFS AND APPROVAL OF LEAD COUNSEL; Case No. 3:24-cv-09413-VC