UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>CARIBOU BIOSCIENCES, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-09413-VC<br><br>**ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF AND CLASS COUNSEL AND VACATING HEARING**<br><br>Re: Dkt. Nos. 12, 15, 18 |

The hearing set for Thursday, April 3, is vacated. Robert and Pamela Barnetzke's now-unopposed motion to appoint lead plaintiff and lead counsel is granted. *See* Dkt. No. 18. The parties are reminded of the schedule previously set at Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: March 25, 2025

VINCE CHHABRIA
United States District Judge