GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
  cvarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN, SBN 303289
  mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:     415.393.8200
Facsimile:     415.393.8306

*Attorneys for Defendants Caribou Biosciences,
Inc., Rachel Haurwitz, and Jason O'Byrne*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, and JASON V. O'BYRNE,<br><br>Defendants. | Case No. 3:24-CV-09413-VC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: Hon. Vince Chhabria<br><br>Date Action Filed: December 24, 2024 |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO
CIVIL LOCAL RULE 3-12
CASE NO. 3:24-CV-09413-VC

Defendants Caribou Biosciences, Inc. ("Caribou" or the "Company"), Rachel Haurwitz, and Jason O'Byrne (together with Rachel Haurwitz, the "Individual Defendants") hereby submit this Administrative Motion pursuant to Civil Local Rules 3-12 and 7-11 to consider whether *In re Caribou Biosciences, Inc. Derivative Litigation*, Case No. 4:25-cv-02199-HSG (the "Derivative Action") should be related to *Saylor v. Caribou Biosciences, Inc., et al*, Case No. 3:24-CV-09413-VC (the "Securities Action").

Under Civil Local Rule 3-12(a), cases are related when they (1) "concern substantially the same parties, property, transaction or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Both criteria may apply here.

*First*, the Securities Action and the Derivative Action involve similar parties and related issues. The Securities Action alleges that defendants by making various false and/or misleading statements. *See* Kahn Decl. Ex. A.  The Derivative Action is purportedly brought on behalf of the Company against the Individual Defendants and members of Caribou's board of directors for allegedly causing the Company to make the statements challenged in the Securities Action.  *See* Kahn Decl. Exs. B, C.

*Second*, in light of these common issues of law and fact, there is a risk of inconsistent rulings, as well as duplication of labor and expenses, if the Securities Action and Derivative Action proceed before separate judges.

For the foregoing reasons, Defendants submit that the Securities Action and the Derivative Action may be related pursuant to Civil Local Rule 3-12.

DATED: April 14, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*s/ Craig Varnen*
Craig Varnen, SBN 172603
CVarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Gibson, Dunn &
Crutcher LLP

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO
CIVIL LOCAL RULE 3-12
CASE NO. 3:24-CV-09413-VC

Michael J. Kahn, SBN 303289
MJKahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:     415.393.8200
Facsimile:      415.393.8306

*Attorneys for Defendants Caribou Biosciences, Inc., Rachel Haurwitz, and Jason O'Byrne*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO
CIVIL LOCAL RULE 3-12
CASE NO. 3:24-CV-09413-VC