GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
    cvarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN, SBN 303289
    mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:     415.393.8200
Facsimile:     415.393.8306

*Attorneys for Defendants Caribou Biosciences,
Inc., Rachel Haurwitz, and Jason O'Byrne*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, and JASON V. O'BYRNE,<br><br>Defendants. | Case No. 3:24-CV-09413-VC<br><br>**DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria<br><br>Date Action Filed: December 24, 2024 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 3:24-CV-09413-VC

I, Michael J. Kahn, declare as follows:

1.      I am an attorney duly licensed to practice before all courts of the State of California and before this District Court.  I am a partner of the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Caribou Biosciences, Inc., Rachel Haurwitz, and Jason O'Byrne.  I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.  This Declaration is made in support of the Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the complaint filed in *Saylor v. Caribou Biosciences, Inc. et al*, Case No. 3:24-CV-09413-VC, on December 24, 2024.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the complaint filed in *Moisio v. Haurwitz, et al*, Case No. 4:25-cv-02199-HSG, on March 3, 2025.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the complaint filed in *Allen v. Braunstein et al*, Case No. 4:25-cv-02463-HSG, on March 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of April, 2025, at San Francisco, California.

s/ *Michael J. Kahn*
Michael J. Kahn

**FILER ATTESTATION**

I, Craig Varnen, am the ECF user whose identification and password are being used to file the DECLARATION OF MICHAEL J. KAHN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED.  Pursuant to Local Rule 5-1(i)(3), I hereby attest that Michael J. Kahn has concurred in this filing.

DATED: April 14, 2025                 s/ *Craig Varnen*
                                      Craig Varnen

Gibson, Dunn & Crutcher LLP