GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
  cvarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN, SBN 303289
  mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendants Caribou Biosciences,
Inc., Rachel Haurwitz, and Jason O'Byrne*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, and JASON V. O'BYRNE,<br><br>Defendants. | Case No. 3:24-CV-09413-VC<br><br>**[PROPOSED] RELATED CASE ORDER**<br><br>Judge: Hon. Vince Chhabria<br><br>Date Action Filed: December 24, 2024 |

Gibson, Dunn & Crutcher LLP

## [PROPOSED] RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should be Related (Civ. L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

24-CV-09413-VC            *Saylor v. Caribou Biosciences, Inc., et al*

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-02199-HSG | *In re Caribou Biosciences, Inc. Derivative Litigation* | | |

## [PROPOSED] ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: _____        _____

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

Gibson, Dunn &
Crutcher LLP

1

[PROPOSED] RELATED CASE ORDER
CASE NO. 3:24-CV-09413-VC