Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

*Attorneys for Lead Plaintiffs*
*Robert Barnetzke and Pamela Barnetzke*

(additional parties continued on signature page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, and JASON V. O'BYRNE,<br><br>Defendants. | Case No. 3:24-cv-09413-VC<br><br>**STIPULATION CONCERNING VOLUNTARY DISMISSAL OF ACTION**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Vince Chhabria |

1

**STIPULATION CONCERNING DISMISSAL**
**Case No. 3:24-cv-09413-VC**

WHEREAS, on December 24, 2024, plaintiff Jacob Saylor commenced the above-captioned putative class action (the "Action") for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, against Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, and Jason V. O'Bryne (collectively, "Defendants" and with Plaintiffs, the "Parties") (ECF No. 1);

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Robert Barnetzke and Pamela Barnetzke ("Plaintiffs" or the "Barnetzkes") were appointed as Lead Plaintiffs by this Court on March 25, 2025 and their counsel was appointed Lead Counsel for the Action (ECF No. 30);

WHEREAS, any amended complaint in this Action was due to be filed by April 15, 2025 (*see* ECF Nos. 11, 30);

WHEREAS, to date, no defendant has filed an answer or motion for summary judgment in this Action, and no class has been certified in this Action;

WHEREAS, Plaintiffs seek to voluntarily dismiss the Action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

WHEREAS, in compliance with Paragraph 54 of the Standing Order for Civil Cases Before Judge Vince Chhabria, Plaintiffs are filing herewith the Unopposed Motion for Administrative Relief to Approve Dismissal, and believe that none of the issues reflected in Paragraph 54 is raised by this voluntary dismissal; and

WHEREAS, Defendants take no position on the legal arguments made in the accompanying Unopposed Motion for Administrative Relief to Approve Dismissal and do not oppose Plaintiffs' voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

NOW, THEREFORE, subject to approval of the Court, Plaintiffs and Defendants, by and through their counsel, hereby stipulate and agree that this Action shall be dismissed without prejudice, with each side to bear its own attorneys' fees and costs incurred in connection with the Action.

1

**STIPULATION CONCERNING DISMISSAL**
**Case No. 3:24-cv-09413-VC**

Dated:  April 15, 2025                          **FARUQI & FARUQI, LLP**

By: /s/ *James M. Wilson, Jr.*
        James M. Wilson, Jr.

James M. Wilson, Jr. (*pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

*Attorneys for Lead Plaintiffs Robert Barnetzke and Pamela Barnetzke and Lead Counsel for the putative Class*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Craig Varnen*
        Craig Varnen

Craig Varnen, SBN 172603
CVarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Michael J. Kahn, SBN 303289
MJKahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants Caribou Biosciences, Inc., Rachel Haurwitz, and Jason O'Byrne*

2
**STIPULATION CONCERNING DISMISSAL**
**Case No. 3:24-cv-09413-VC**

## ATTORNEY ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), the filing party has obtained concurrence from the other parties regarding filing of this stipulation and electronic signature on their behalf.

**FARUQI & FARUQI, LLP**

By: /s/ *James M. Wilson, Jr.*
        James M. Wilson, Jr.

*Attorneys for Lead Plaintiffs Robert Barnetzke and Pamela Barnetzke and Lead Counsel for the putative Class*

3

**STIPULATION CONCERNING DISMISSAL**
**Case No. 3:24-cv-09413-VC**