Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

*Attorneys for Lead Plaintiffs*
*Robert Barnetzke and Pamela Barnetzke*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB SAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, and JASON V. O'BYRNE,<br><br>Defendants. | Case No. 3:24-cv-09413-VC<br><br>**[PROPOSED] ORDER APPROVING VOLUNTARY DISMISSAL OF ACTION**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Vince Chhabria |

Before the Court is Lead Plaintiffs Robert Barnetzke and Pamela Barnetzke ("Plaintiffs" or the "Barnetzkes") request that the Court approve their voluntary dismissal of this putative class action ("Action") without prejudice.

Having considered the papers in support of the request and good cause appearing therefore:

IT IS HEREBY ORDERED that the Action is dismissed without prejudice.

Dated: _____, 2025

_____
The Honorable Vince Chhabria
United States District Judge

1

**[PROPOSED] ORDER APPROVING DISMISSAL OF ACTION**
**Case No. 3:24-cv-09413-VC**