**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB SAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, and JASON V. O'BYRNE,<br><br>Defendants. | Case No. 3:24-cv-09413-VC<br><br>[PROPOSED] ORDER APPROVING VOLUNTARY DISMISSAL OF ACTION<br><br>**CLASS ACTION**<br><br>Judge: Hon. Vince Chhabria |

Before the Court is Lead Plaintiffs Robert Barnetzke and Pamela Barnetzke ("Plaintiffs" or the "Barnetzkes") request that the Court approve their voluntary dismissal of this putative class action ("Action") without prejudice.

Having considered the papers in support of the request and good cause appearing therefore:

IT IS HEREBY ORDERED that the Action is dismissed without prejudice.

Dated: April 29, 2025

_____
The Honorable Vince Chhabria
United States District Judge